UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-120-D-7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| KHALIL DJOUR TRUESDALE | ) | |
| a/k/a "Nutty" | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 275 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed document to the United States Attorney and Defendants attorney.

This the **15** day of **August**, 2017.

JAMES C. DEVER, III
Chief, United States District Judge