UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-120-D7

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| KHALIL DIJOUR TRUESDALE | |

On motion of the Defendant, Khalil D. Truesdale, and for good cause shown, it is hereby ORDERED that the [DE 649] be sealed until further notice by this Court.

IT IS SO ORDER.

This 14 day of ~~November, 2021.~~ January 2022

_____
JAMES C. DEVER III
United States District Judge