IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-120-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KHALIL DJOUR TRUESDALE, | ) | |
| | ) | |
| Defendant. | ) | |

On September 5, 2023, Khalil Djour Trusdale filed a pro se motion to obtain records from his trial attorney, Katherine E. Shea. See [D.E. 707]. The court directs Ms. Shea to communicate directly with Khalil Djour Trusdale concerning the records.

To the extent the motion is to obtain the documents from the court without charge, the motion [D.E. 707] is DENIED.

SO ORDERED. This 13 day of October, 2023.

JAMES C. DEVER III
United States District Judge