UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Khalil Djour Truesdale**　　　　　　　　　　　　　　　　　Docket No. 7:16-CR-120-7D

**Petition for Action on Supervised Release**

COMES NOW Hector Gutierrez, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Khalil Djour Truesdale, who, upon an earlier plea of guilty to Count 1 - Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C); and Count 7 - Possession With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 16, 2017, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Khalil Djour Truesdale was released from custody on January 13, 2026, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** It was originally ordered that the defendant be subject to the DROPS Program as a special condition of supervision. Due to the lack of available facilities nearby for the defendant to complete this sanction, it poses an undue burden on the defendant. Therefore, it is respectfully recommended that the defendant's participation in the DROPS Program be stricken from the conditions of supervision.

On January 21, 2026, the defendant committed the offenses of Speeding and Reckless Driving to Endanger (26CR 1269), in New Hanover County, North Carolina. The defendant was verbally reprimanded for failing to abide by the conditions of his supervision and told to abide by all traffic laws. At this time, it is respectfully recommended that the defendant be continued on supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The special condition that the defendant shall participate in the DROPS Program is hereby removed from the conditions of supervision.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence　　　　　　　　　　　　　　/s/ Hector Gutierrez
Keith W. Lawrence　　　　　　　　　　　　　　　Hector Gutierrez
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2534
　　　　　　　　　　　　　　　　　　　　　　　Executed On: January 30, 2026

**ORDER OF THE COURT**

Considered and ordered this __3__ day of __February__, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge